```
               UNITED STATES  DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
```

**LESLEY ESCHETE, ET AL.**                         **CIVIL ACTION**

**VERSUS**                                         **NO. 06-2835**

**A. KENNISON ROY, III, M.D.,**                    **SECTION "N" (3)**
**ET AL.**

## JUDGMENT

Pursuant to the Order and Reasons issued on April 29, 2008 (Rec. Doc. 59), and the Order of April 10, 2008 (Rec. Doc. 58),

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendant, Eli Lilly and Company, and against plaintiffs, Lesley Eschete, individually, and on behalf of her minor child, Caroline Eschete, dismissing all of plaintiffs' claims with prejudice.

New Orleans, Louisiana, this <u>8th</u> day of May, 2008.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

\*\*\*Agreed on as to form by all counsel.